**Troy G. Sexton**, WSBA No. 48826
Email: troy@elevatelawpdx.com
Elevate Law Group
6000 Meadows Road, Suite 450
Lake Oswego, OR 97035
Telephone: 503-417-0517
Fax: 503-417-0501
*Of Attorneys for Defendants*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>SHIELDS INSTALLATION COMMERCIAL FLOORING, INC.; RODNEY JAY SHIELDS; KIMBERLY L. FRAKES; an individual; DOES & ROES I-X<br><br>Defendants. | Case No. 2:25-cv-00629-RSL<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME** |

This matter comes before the Court on Defendants' Unopposed Motion for Extension of Time.

Defendants' Unopposed Motion for Extension of Time is GRANTED.

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

**ELEVATE LAW GROUP**
6000 Meadows Road, Suite 450
Lake Oswego, OR 97035-3172
P: 503-417-0500 | F: 503-417-0501

IT IS HEREBY ORDERED THAT Defendants shall file their response on or before July 17, 2025.

IT IS SO ORDERED THIS 26th day of June, 2025.

*[signature: Robert S. Lasnik]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

ELEVATE LAW GROUP

EXHIBIT
Email: troy@elevatelawpdx.com
Elevate Law Group
6000 Meadows Road, Suite 450
Lake Oswego, OR 97035
Telephone: 503-417-0517
Fax: 503-417-0501
*Of Attorneys for Defendants*

Page 2 of 2
{00731516:2}

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

**ELEVATE LAW GROUP**
6000 Meadows Road, Suite 450
Lake Oswego, OR 97035-3172
P: 503-417-0500 | F: 503-417-0501